

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00619-CR

Bryan William **COLUMBUS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 639308
Honorable Timothy Johnson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, JUSTICE VALENZUELA,
JUSTICE BRISSETTE, JUSTICE SPEARS, JUSTICE MCCRAY, and JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 30, 2025.

_____
Lori Massey Brissette, Justice